| | |
|---|---|
| 1 | Theodore P. Witthoft (State Bar Id No. 021632) |
| | **COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.** |
| 2 | 201 North Central Avenue, 22nd Fl. |
| | Phoenix, Arizona 85004-0608 |
| 3 | Telephone: (602) 252-1900 |
| | Facsimile: (602) 252-1114 |
| 4 | Email: twitthoft@cmpbglaw.com |

Attorneys for Chapter 7 Trustee, David A. Birdsell

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

KENDALL JOHN BRITT and
ELIZABETH PALUMBO BRITT,

Debtors.

Chapter 7

No. 2:09-bk-12363-GBN

**CERTIFICATE OF SERVICE
AND OF NO OBJECTIONS**

The chapter 7 trustee, David A. Birdsell ("Trustee"), by and through his attorneys Collins, May, Potenza, Baran & Gillespie, P.C., filed a First Fee Application for Allowance and Payment of Trustee's Attorneys' Fees and Expenses ("Application") and Notice of First Fee Application for Allowance and Payment of Trustee's Attorneys' Fees and Expenses ("Notice") on April 29, 2010. Notice was sent to all parties-in-interest on April 30, 2010, as evidenced by the Certificate of Mailing on file with this Court at Docket No. 75. The Notice indicated that any party-in-interest objecting to the Application should do so within 20 days of said Notice. The time to object has now expired since the mailing of the notice. No objections have been received by the undersigned. A copy of Court's docket dated May 26, 2010 for this case is attached hereto.

\\\\

\\\\

Based on the foregoing, the undersigned, on behalf of the Trustee, respectfully requests that this Court enter its Order Allowing and Directing Payment of Trustee's Attorneys' Fees and Expenses. A form of order is lodged concurrently herewith.

DATED this ____ day of _____, 2010.

COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.

By /s/ Theodore P. Witthoft/State Bar ID No. 021632
Theodore P. Witthoft
Attorneys for Trustee, David A. Birdsell

Copy of the foregoing mailed
this 26th day of May, 2010, to:

United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706

David A. Birdsell
216 North Center
Mesa, Arizona 85201
Chapter 7 Trustee

Randy Nussbaum, Esq.
Nussbaum & Gillis, PC
14500 N. Northsight Blvd., Suite 116
Scottsdale, Arizona 85260
Attorneys for Debtors

Kendall John Britt
Elizabeth Palumbo Britt
6247 S. Avondale Blvd.
Tolleson, Arizona 85353
Debtors

/s/ Denise Brown

2

# U.S. Bankruptcy Court
## District of Arizona (Phoenix)
### Bankruptcy Petition #: 2:09-bk-12363-GBN

*Assigned to:* Judge George B. Nielsen Jr.
Chapter 7
Voluntary
Asset

*Date filed:* 06/04/2009
*Debtor discharged:* 10/14/2009
*Joint debtor discharged:* 10/14/2009

*Debtor*
**KENDALL JOHN BRITT**
6247 S. AVONDALE BLVD.
TOLLESON, AZ 85353
SSN / ITIN: xxx-xx-7602

represented by **RANDY NUSSBAUM**
NUSSBAUM & GILLIS, P.C.
14500 N. NORTHSIGHT BLVD. - #116
SCOTTSDALE, AZ 85260
480-609-0011
Fax : 480-609-0016
Email: rnussbaum@nussbaumgillis.com

*Joint Debtor*
**ELIZABETH PALUMBO BRITT**
6247 S. AVONDALE BLVD.
TOLLESON, AZ 85353
SSN / ITIN: xxx-xx-9325

represented by **RANDY NUSSBAUM**
(See above for address)

*Trustee*
**DAVID A. BIRDSELL**
216 N. CENTER
MESA, AZ 85201
480-644-1080

represented by **THEODORE P. WITTHOFT**
COLLINS, MAY, POTENZA, BARAN & GILLESPIE
201 N. CENTRAL AVE., #2210

PHOENIX, AZ 85004-0022
602-252-1900
Fax : 602-252-1114
Email: twitthoft@cmpbglaw.com

*U.S. Trustee*
**U.S. TRUSTEE**
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003

| Filing Date | # | Docket Text |
|---|---|---|
|  |  | Application for Compensation by Professional Employed by |

| | | |
|---|---|---|
| 04/29/2010 | 73 | Trustee /*First Fee Application for Allowance and Payment of Trustee's Attorneys' Fees and Expenses* for THEODORE P. WITTHOFT, Trustee's Attorney, Period: 7/24/2009 to 3/31/2010, Fees:$5,592.50, Expenses: $133.23. filed by THEODORE P. WITTHOFT. (WITTHOFT, THEODORE) (Entered: 04/29/2010) |
| 04/29/2010 | 74 | Notice of Bar Date /*Notice of First Fee Application for Allowance and Payment of Trustee's Attorneys' Fees and Expenses* filed by THEODORE P. WITTHOFT of COLLINS, MAY, POTENZA, BARAN & GILLESPIE on behalf of DAVID A. BIRDSELL (related document(s) 73 Application for Compensation by Professional Employed by Chapter 7 or 11 Trustee). (WITTHOFT, THEODORE) (Entered: 04/29/2010) |
| 04/30/2010 | 75 | Certificate of Mailing filed by THEODORE P. WITTHOFT of COLLINS, MAY, POTENZA, BARAN & GILLESPIE on behalf of DAVID A. BIRDSELL. (related document(s) 73 Application for Compensation by Professional Employed by Chapter 7 or 11 Trustee, 74 Notice of Bar Date) (WITTHOFT, THEODORE) (Entered: 04/30/2010) |
| 05/08/2010 | 76 | Trustee Notice to Abandon Property *Located at 6247 S. Avondale Tolleson, Az.* filed by DAVID A. BIRDSELL on behalf of DAVID A. BIRDSELL.(BIRDSELL, DAVID) (Entered: 05/08/2010) |
| 05/10/2010 | 77 | BNC Certificate of Notice - PDF Document (related document(s) 76 Trustee Notice to Abandon Property) (Admin.) (Entered: 05/12/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/26/2010 08:46:28 | | | |
| PACER Login: | lc0036 | Client Code: | 928-199 |
| Description: | Docket Report | Search Criteria: | 2:09-bk-12363-GBN Fil or Ent: filed From: 2/25/2010 To: 5/26/2010 Doc From: 0 Doc To: 99999999 Format: html |
| Billable Pages: | 1 | Cost: | 0.08 |